FILED IN CHAMBERS
U.S.D.C. - Rome
JUL 24 2012
JAMES N. HATTEN, Clerk
  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FLAGSTAR BANK, FSB, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRACE RETAIL INVESTMENT, LLC,) <br> JOHN PARK a/k/a JONG HO PARK,) <br> SOON OK PARK, PETER PYUN a/k/a) <br> HO C. PYUN, JOUM A. PYUN a/k/a) <br> JOUMA PYUN and A. P. JOUM, ZION) <br> INTERNATIONAL CORP., JUM) <br> YOUNG CHOI, CHAN CHOI, JUNG LE) <br> KIM, and DEO USA, Inc. ) <br> ) <br> Defendants. | CIVIL ACTION <br> FILE NO. 1:11-CV-00593-RLV |

## ORDER

Upon consideration of Plaintiff Flagstar Bank, FSB's ("Plaintiff") Motion To Amend Complaint and Add Parties [Doc. No. 101] in the above-styled action, as amended, and for good cause shown therein, the Court GRANTS the motion and hereby ORDERS as follows:

(1)   Plaintiff is granted leave to file a Second Amended Verified Complaint containing the claims and parties described in the motion, as amended;

390843 v1

(2) Zion International Corp., Jum Young Choi, Chan Choi, Jung Le Kim, and DEO USA, Inc., are hereby added as Defendants, and the caption of this case is hereby amended to reflect the new parties;

(3) The Clerk shall issue summonses for the defendants added hereby upon the filing of the Second Amended Complaint; and

(4) The parties shall have 75 days from the date of filing of the Second Amended Complaint within which to conduct discovery pertaining to the claims added in the amended complaint, or, if later, 60 days from the date of service of process on the last Defendant, and summary judgment motions may be filed within 30 days of the close of the re-opened discovery period.

SO ORDERED this 24th day of July, 2012.

/s/ Robert L. Vining, Jr.
Robert L. Vining, Jr.
Judge, United States District Court for the
Northern District of Georgia